LOGAN<br>v.<br>PATRICK.

—————⊛—————

## RODFORD v. CRAIG.

———

NO appearance having been entered on the docket for either party in this cause, no counsel appearing, the court ordered both parties to be called, and neither of them appearing, the court ordered the writ of error to be dismissed.

*If the counsel on neither side appear when the cause is called, the writ of error will be dismissed.*

The same order was made in the cases of *Banks* v. *Bastrop*, *Tompkins* v. *Tompkins*, and *Buchannan* v. *Yeates*.